USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO MD PC,

                Petitioner,

-against-

AETNA LIFE INS. CO.,

                Respondent.

24-CV-08310 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On October 31, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **November 15, 2024**. Respondent's opposition, if any, is due on **December 6, 2024**. Petitioner's reply, if any, is due **December 13, 2024**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 15, 2024**, and shall file an affidavit of such service with the Court no later than **November 18, 2024**.

Dated: November 1, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge